FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 08-2607m |
| v. *Anna Khachatryan* | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT. | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Oct. 23__, __2008__, at __2:00__ a.m. /p.m. before the Honorable __Eick__, in Courtroom __2D__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____
_____ and produced for the hearing.
(Other custodial officer)

DATED: __10/21/08__

U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT